**NEAL v. STATE.**
No. 25660.

Court of Criminal Appeals of Texas.
Jan. 23, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Murder is the offense; the punishment, confinement in the penitentiary for twenty years.

Neither a statement of facts nor bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.